UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GIOVANNI PELAEZ,

                Plaintiff,              **ORDER**
                                              **09 CV 1668 (CBA)(LB)**

      -against-

LIFE ALERT INC.,

                Defendant

-----------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      The Court held a status conference on November 19, 2009. Defendant withdrew its request for a stay of discovery. See docket entry 25. Therefore, that request should be terminated. The Court extended the time for the parties to complete all discovery to January 16, 2010. The parties agreed to complete plaintiff's deposition on December 4, 2009 at 10:00 a.m. in Room S302 of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.

      Defendant requested to move for summary judgment at the completion of discovery and the Court set the following briefing schedule: defendant shall serve its motion for summary judgment, including the requisite notice to pro se litigants pursuant to Local Civil Rule 56.2, by February 16, 2010; plaintiff shall serve his opposition to the motion on defendant's counsel by March 16, 2010 and defendant shall serve any reply and file the fully briefed motion electronically by March 31, 2010. Plaintiff may contact the Court's Pro Se Office for instructions regarding how to oppose a motion.

SO ORDERED.                                 /S/
                                                     LOIS BLOOM
                                                     United States Magistrate Judge

Dated: November 20, 2009
       Brooklyn, New York