UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x
GIOVANNI PELAEZ,                          :

            Plaintiff,                         :

vs.                                                          :

LIFE ALERT, INC.,                             :

            Defendant.                     :
------------------------------------------------x

TO:   Giovanni Pelaez
       *Pro Se*
       137-05 130th Avenue
       Jamaica, NY 11436

NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

Case No. 09-CV-1668

The application is   ✓ granted
SO ORDERED.       ___ denied

/Signed by Judge Lois Bloom/
Lois Bloom, U.S.M.J.
Dated: 12/4/09
Brooklyn, New York

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing to be submitted in support thereof, we will move this Court before the Honorable Carol B. Amon at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Sills Cummis & Gross P.C. and a member in good standing of the Bars of the States of New Jersey and Pennsylvania, respectively, and the District of Columbia, as attorney *pro hac vice* to argue and/or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

                                              Respectfully submitted,

                                              SCOTT B. MURRAY
                                              Sills Cummis & Gross P.C.
                                              One Riverfront Plaza
                                              New York, New York 10020
                                              smurray@sillscummis.com
                                              (212) 643-7000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x
GIOVANNI PELAEZ                                      :       Index No.: 09 CV 1668

                Plaintiff,                      :       **AFFIDAVIT OF SCOTT B. MURRAY**
                                                         **IN SUPPORT OF MOTION TO ADMIT**
vs.                                                  :       **COUNSEL *PRO HAC VICE***

LIFE ALERT, INC.                                     :

                Defendant.                      :
------------------------------------------------------x

State of New Jersey    )
                            ) ss:
County of Essex        )

      Scott B. Murray, being duly sworn, hereby deposes and says as follows:

1.     I am a Member of the law firm of Sills Cummis & Gross P.C.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.     As will be shown in the Certificates of Good Standing to be submitted in support of this motion as soon as they are received from the respective State Bars, I am a member in good standing of the Bars of the States of New Jersey and Pennsylvania, respectively, and the District of Columbia.

4.     There are no pending disciplinary proceedings against me in any State or Federal court.

5.     Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

                                                _____
                                               SCOTT B. MURRAY
                                               Sills Cummis & Gross P.C.
                                               One Rockefeller Plaza
                                               New York, New York 10020
                                               smurray@sillscummis.com
                                               (212) 643-7000

_____
Notary Public
MARIA A. CASARES
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 12/27/2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
GIOVANNI PELAEZ,

            Plaintiff,

vs.

LIFE ALERT, INC.,

           Defendant.
---------------------------------------------------------x

ADMISSION TO PRACTICE
*PRO HAC VICE*

Case No. 09-CV-1668 (CBA)(LB)

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Scott B. Murray, is permitted to argue and/or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other parties in this case.

Dated:

                                                                         United States District Judge

Cc:  *Scott B. Murray*
      Court File